

1  LOUIS J. COHEN, A PROFESSIONAL CORPORATION
   LOUIS J. COHEN, ESQ. (SB# 123968)
2  ANTHONY J. BELLONE, ESQ. (SB# 119450)
   23480 Park Sorrento
3  Suite 217A
   Calabasas, California 91302
4  (818) 223-0455

5  Attorneys for STATE OF CALIFORNIA, ex rel.
   MICHAEL D. TORRES, and MICHAEL D. TORRES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF CALIFORNIA, ex rel. MICHAEL D. TORRES, and MICHAEL D. TORRES, In His Own Behalf,<br><br>Plaintiffs,<br><br>vs.<br><br>TWINING LABORATORIES OF SOUTHERN CALIFORNIA, INC., a Corporation; TWINING LABORATORIES, an unknown business entity; EDWARD TWINING, JR., an individual; and DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE NO: CV 98-7708 GHK (Mcx)<br><br>[PROPOSED] ORDER<br><br>Federal False Claims Act [31 U.S.C. §3729 et seq.];<br><br>California False Claims Act [California Government Code §12650 et seq.]<br><br>[Filed Under Seal]<br><br>[Hearing Not Requested] |

The United States of America, having intervened in the federal False Claims Act cause of action and having filed the United States of America's Complaint in Intervention, and the State of California having declined to intervene, and the Relator having the right to conduct the action on behalf of the state, [California Government Code §12652(f)(1)], and the Relator having notified the Court of his

intention to file an amended complaint consisting of unadopted federal claims and claims on behalf of the state of California,

IT IS ORDERED that,

1. The Relator and the State of California file its amended complaint within thirty days;

2. The Relator and the State of California serve said amended complaint on defendants; and

3. Pursuant to 31 U.S.C. §3730(b)(3), the defendants respond to the Amended Complaint within twenty (20) days after being served.

IT IS SO ORDERED,

This 14 day of September, 2000.

_____
GEORGE H. KING
UNITED STATED DISTRICT JUDGE

Presented by:

LOUIS J. COHEN,
A PROFESSIONAL CORPORATION

_____
LOUIS J. COHEN
Attorney for Plaintiffs,
STATE OF CALIFORNIA, ex rel.
MICHAEL D. TORRES, and MICHAEL D. TORRES

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                        )
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 23480 Park Sorrento, Suite 217A, Calabasas, California 91302.

On September 12, 2000 I served the foregoing document described as **[PROPOSED] ORDER** by placing a true copy thereof in a sealed envelope addressed as follows:

Hong S. Dea, Esq.
Assistant United States Attorney
300 North Los Angeles Street
Federal Building, Room 7516
Los Angeles, California 90012

(XX)    BY MAIL - I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Calabasas, California.

( )     BY PERSONAL SERVICE - I caused such envelope to be delivered by hand to the office of the addressee.

( )     STATE - I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(XX)    FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 12, 2000, at Calabasas, California.

ANTHONY J. BELLONE

*LOUIS J. COHEN, A PROFESSIONAL CORPORATION*
*23480 Park Sorrento, Suite 217 A*
*Calabasas, California 91302*

1

Proof of Service(Order).doc     PROOF OF SERVICE